IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

KENNETH BERNARD MILES,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 479, Motion to Continue Sentencing Hearing as to Kenneth Bernard Miles, filed by the United States.  The motion is granted and sentencing is reset for August 18, 2005 at 3:00 p.m.  The sentencing shall coincide with the hearing on Mr. Miles' alleged violation of supervised release in case number 1:04cr35-MMP.

**DONE AND ORDERED** this  *7th*  day of June, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge