IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00006-MP-AK

KENNETH BERNARD MILES, and
DENNIS BUTLER, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 520, motion to continue sentencing hearing of Kenneth Bernard Miles and Doc. 521, motion to continue the sentencing hearing of Mr. Butler. Both motions are granted, and sentencing for Mr. Butler is set for Friday, September 23, 2005, at 9:30 a.m. and for Mr. Miles on Friday, September 23, 2005, at 10:00 a.m. A separate order has been filed in case number 1:04cr35, regarding Mr. Miles' revocation of supervised release hearing.

**DONE AND ORDERED** this _19th_ day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge