IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                      CASE NO. 1:04-cr-00006-MP-AK

KENNETH BERNARD MILES, et al.,
a/k/a "Kenny Lamar Brown",
a/k/a "Kent Lamar Brown",
a/k/a "Kenneth Lamar Miles",

    Defendant.
_____/

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE IS before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1.    On May 25, 2004, a Federal Grand Jury sitting in the Northern District of Florida issued a Second Superceding Indictment against Defendant.

2.    The Indictment charged Kenneth Bernard Miles with violations of Title 21, United States Code, Sections 841.

3.    The Indictment included a Forfeiture Count, pursuant to Title 21, United States Code, Section 853.

4.    On September 30, 2004, the Defendant entered into a Plea and Cooperation Agreement in which he agreed to forfeit all forfeitable assets to the United States of America. As such, Defendant's interest in the following properties is hereby forfeited:

    A.    **$30,000.00 U.S. CURRENCY**

    B.    **2718 EASTWOOD DRIVE, DECATUR, DEKALB COUNTY, GEORGIA**

All that tract or parcel of land lying and being in Land Lot 184 of the 15th District of

DeKalb County, Georgia, and being a Part of Lot 11 of Block K, Alexander Estates as per plat recorded in Plat Book 73, page 23, DeKalb County Records and being more particularly described as follows:

BEGINNING at an iron pin on the north right of way of Eastwood Drive (50 foot right of way) 340.0 feet east of the intersection of said right of way of Eastwood Drive with the east right of way of Line Street, running thence north along the east line of Lot 10 of the aforesaid subdivision 170.0 feet to an iron pin; running thence east 50.0 feet to an iron pin; running thence south and parallel to the east line of Lot 10, 170.0 feet to an iron pin located on the north right of way of Eastwood Drive; running thence west along said right of way of Eastwood Drive 50.0 feet to an iron pin at the point of beginning, being known as 2718 Eastwood Drive as shown on plat of survey for Porter Wheeler and Annie Mae Wheeler dated December 31, 1986, by Pearson & Associates, Inc.

**C.     $13,139.76 In Lieu of Real Property Located at 4107 Harvest Ridge Drive, Douglasville, Douglas Co., Georgia**

**D.     1830 Hannah Place, Powder Springs, Georgia 30127-1323**

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 392 of the 19th District, 2nd Section of Cobb County, Georgia and being Lot 54, Hannah Place Subdivision, Unit II as shown in Plat Book 152, Page 90, Cobb County Records, which plat is incorporated herein by this reference and made a part of this description.

**E.     461 Ira Street, Atlanta, Georgia**

ALL THAT TRACT OR PARCEL OF LAND lying and being in the City of Atlanta in Land Lot 85 of the 14th District of Fulton County, Georgia, and more particularly described as follows:

Beginning at a point on the west side of Ira Street four hundred seventy and six tenths (470.6) feet north of the northwest corner of Ira and Richardson Streets, and running thence north along the west side of Ira Street thirty three (33) feet; thence west one hundred fifty (150) feet to a 10 foot alley; thence south along the east line of said 10 foot alley thirty three (33) feet; thence east one hundred fifty (150) feet to the west side of Ira Street and the point of beginning, according to plat of survey of Mrs. Georgia Gaston made by Harold L. Bush, Registered Surveyor #15, January 12, 1951, a copy being on file in the office of Atlanta Title Company, and being improved property known as 461 Ira Street, S.W., according to the present number of houses in the City of Atlanta.

**F.     Any profits from the sale of 2587 Bankhead Highway, NW, Atlanta, Fulton County, Georgia**

  G. **Any profits from the sale of 2533 Bellview Avenue, Atlanta, Fulton County, Georgia**

  **ORDERED, ADJUDGED and DECREED** that based on the foregoing, the Defendant's interest in the above properties is hereby forfeited to the United States pursuant to the provisions of Title 21 United States Code, Section 853:

  **ORDERED, ADJUDGED and DECREED** that in accordance with the law, the United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier. The United States shall:

  1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

  2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a

*Page 4 of 4*

substitute for published notice as to those persons so notified. It is further

**ORDERED, ADJUDGED and DECREED** that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

**DONE AND ORDERED** this  *29th*   day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge