IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:04-cr-00006-MP-AK

KENNETH BERNARD MILES,

    Defendant.
_____/

**O R D E R**

This matter came before the Court for sentencing on March 31, 2006. However, shortly before the sentencing, the United States Marshal's office informed the Court that Dixie County officials had not arranged to deliver Mr. Miles for his court appearance. A hearing was held with attorneys Greg McMahon and George Blow regarding how to proceed. As stated in open court, the sentencing in this case is hereby continued until April 12, 2006, at 1:00 p.m.

**DONE AND ORDERED** this  *3rd*   day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge